Ehab M. Samuel (SBN 228296)
esamuel@orbitip.com
David A. Randall (SBN 156722)
dave@orbitip.com
**ORBIT IP, LLP**
11400 W. Olympic Blvd., Suite 200
Los Angeles, CA 90064
Tel.: (310) 887-1333
Fax: (310) 887-1334

Attorneys for Defendant
DBEST PRODUCTS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANGHAI YIYUREN TECHNOLOGY CO.,LTD., a foreign limited liability corporation.<br><br>Plaintiff<br><br>v.<br><br>DBEST PRODUCTS, INC., a California corporation,<br><br>Defendant. | CASE NO. 2:25-cv-00584-MEMF-BFMx<br><br>**ANSWER**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Complaint filed: January 22, 2025<br>Trial date:     None assigned |

**1**
CORPORATE DISCLOSURE STMT
Case. No. CV-25-00584-MEMF (BMFx)

Pursuant to Rule 7.1 of the Federal Rule of Civil Procedure and Local Civil Rule 7.1, Defendant dbest products, Inc., states that it has no parent corporation and that no publicly held company owns 10% or more of its stock.

Dated: May 1, 2025  Respectfully submitted,

**ORBIT IP, LLP**

By: /s/ Ehab M. Samuel
Ehab M. Samuel (CA SBN 228296)
David A. Randall (CA SBN 156722)

## **CERTIFICATE OF SERVICE**

    I certify that on May 1, 2025, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

                                          */s/ Ehab M. Samuel*
                                          Ehab M. Samuel