# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| | CASE NUMBER: |
| SHANGHAI YIYUREN TECHNOLOGY CO., LTD. | 2:25–cv–00584–MEMF–BFM |
| Plaintiff(s), | |
| v. | |
| DBEST PRODUCTS, INC. | **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| Defendant(s). | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __5/9/2025__

Document No.:   __27__

Title of Document:   __Notice of Appearance.__

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Notice of Appearance or Withdrawal of Counsel G–123.

Other:

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: _May 13, 2025_          By: _/s/ Andrea Kannike  Andrea_Kannike@cacd.uscourts.gov_
                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS