Randall A. Miller, Esq. (SBN 116036)
rmiller@millerwaxler.com
Zachary Mayer, Esq. (SBN 199434)
zmayer@millerwaxler.com
**MILLER WAXLER LLP**
411 South Hewitt St.
Los Angeles, CA 90013
Phone: 213.493.6400
Fax: 888.748.5812

Attorneys for Plaintiff SHANGHAI YIYUREN TECHNOLOGY CO., LTD.

Ehab M. Samuel (SBN 228296)
esamuel@orbitip.com
David A. Randall (SBN 156722)
dave@orbitip.com
Bruce Chapman (SBN 164258)
bruce@orbitip.com
**ORBIT IP, LLP**
11400 W. Olympic Blvd., Suite 200
Los Angeles, CA 90064
Tel.: (310) 887-1333
Fax: (310) 887-1334

Attorneys for Defendant, DBEST PRODUCTS, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SHANGHAI YIYUREN TECHNOLOGY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> DBEST PRODUCTS, INC., <br><br> Defendant | CASE NO. 2:25-cv-00584-MEMF-BFM <br><br> <u>Consolidated Action:</u> <br> CASE NO. 2:25-cv-04608-MEMF-BFM <br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> Hon. Maame Ewusi-Mensah Frimpo |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the terms of a confidential settlement agreement between Plaintiff Shanghai Yiyuren Technology Co. Ltd. and Defendant dbest products, Inc., the parties stipulate to dismissal with prejudice of all claims and counterclaims in this action. This dismissal with prejudice applies to both of the actions now consolidated in this action, *Shanghai Yiyuren Technology Co. Ltd. v. dbest products, Inc.*, No. 2:25-cv-00584-MEMF-BFM, and *dbest products, Inc. v. Shanghai Yiyuren Technology Co. Ltd.*, No.

2:25-cv-04608-MEMF-BFM.  Each party is to bear its own attorneys' fees and costs in this action.

A proposed order is lodged herewith.

**IT IS SO STIPULATED.**

Dated: September 11, 2025                    Respectfully submitted,

**ORBIT IP, LLP**

By: /s/ Ehab M. Samuel
Ehab M. Samuel (CA SBN 228296)
David A. Randall (CA SBN 156722)

*Attorneys for dbest products, Inc.*

**MILLER WAXLER LLP**

By: /s/ Zachary Mayer
    Randall A. Miller, Esq.
    Zachary Mayer, Esq.
    Joseph Farco, Esq. (*pro hac vice*)

*Attorneys for Shanghai Yihuren Technology Co., Ltd.*

**Filer's Attestation**

Under L.R. 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 11, 2025                                /Ehab M Samuel
                                                          Ehab M. Samuel